THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Allen Dale Crocker,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Bamberg County
James C. Williams, Jr., Circuit Court 
 Judge
Thomas L. Hughston, Jr., Post Conviction 
 Judge

Memorandum Opinion No. 2004-MO-040
Submitted July 2, 2004 - Filed July 
 26, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, 
 of Columbia, for Petitioner.
Assistant Attorney General J. Hagood Hamilton, Jr., Office of the Attorney 
 General, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of 
 his application for post-conviction relief (PCR).
Because there is sufficient evidence to support the PCR judges finding 
 that petitioner did not knowingly and intelligently waive his right to a direct 
 appeal, we grant the petition for a writ of certiorari and proceed with a review 
 of the direct appeal issues pursuant to Davis v. State, 288 S.C. 290, 
 342 S.E.2d 60 (1986).
Counsel for petitioner has filed a brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967) and a petition to be relieved as counsel.  
 Petitioner has filed a pro se response.  After a thorough review 
 of the record pursuant to Anders, supra, we dismiss the appeal 
 and grant the petition to be relieved as counsel.
DISMISSED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.